FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 09, 2026
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

MANUEL ALFREDO LOZANO,

Defendant.

No. 1:26-CR-02039-SAB-1

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

**ECF No. 28**

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 28). Defendant was represented by retained counsel Richard Smith. Assistant United States Attorney Letitia Sikes represents the United States.

Defendant requests that the Court modify Special Condition No. 7 as amended by the Court's order at ECF No. 23, which imposes home detention. ECF No. 28. Defendant requests the following sentences be added to Special Condition No. 7: "Defendant shall also be permitted to attend family events and activities and engage in personal visits with family members and friends as preapproved by the United States Probation/ Pretrial Services Office. Defendant shall provide that office with the date, time and details of the activity at least 48 hours prior to the requested day." *Id.*

The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objections to Defendant's request. *Id*.

Thus, the Court modifies Defendant's condition as requested but instead of forty-eight (48) hours, the Court sets the time frame to be at least three days prior to the requested date.

Accordingly, **IT IS ORDERED:**

1. Defendant's Unopposed Motion to Modify Conditions of Release (**ECF No. 28**) is **GRANTED**.

2. **Special Condition No. 7** (**ECF No. 23**) **is MODIFIED** in its entirety to read **as follows:**

> 7. **Home Detention:** Defendant shall be restricted to the approved residence at all times, except for: employment, including traveling outside the Eastern District of Washington for employment and including overnight stays if necessary for employment; attorney visits; court appearances; case-related matters; and court ordered obligations. Defendant may attend other essential activities as preapproved by the United States Probation/Pretrial Services Office, including, but not limited to: grocery shopping; primary care giving; religious services; medical necessities; and substance abuse testing or treatment. Defendant shall also be permitted to attend family events and activities and engage in personal visits with family members and friends as pre-approved by the United States Probation/Pretrial Services Office. Defendant shall provide that Office with the date, time and details of the activity at least three days prior to the requested day.

\\

\\

\\

3. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED November 9, 2026.

ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE